IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 22-CR-19 (FP) |
| v. | : | |
| **GREGORY PURDY, ET. AL.,** | : | |
| **Defendants.** | : | |

### JOINT MOTION TO CONTINUE SEPTEMBER 16, 2022 STATUS HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Defendant Gregory Purdy, through undersigned counsel, respectfully files this joint motion to continue the status conference in the above-captioned matter.  The Government and Defendants Gregory Purdy, Matthew Purdy, and Robert Turner agree that there is good cause to extend the status conference presently scheduled for September 16, 2022, at 2:00 PM before the Honorable Florence Pan, United States District Court Judge.  Respectfully, the parties request that the status conference be rescheduled to the week of November 14, 2022.  The parties agree with this request and believe that the continuance is necessary for the reasons stated herein.

Additional time is needed to review discovery and allow the parties to discuss a potential resolution of the charges in this matter.  The parties have reviewed their calendars and conferred with the Court and respectfully propose that the September 16, 2022 status conference be reset to the week of November 14-18, 2022.  The parties also request that the status conference be conducted remotely by video because two Defendants reside in New York and one resides in California.

The parties agree that the "the ends of justice served by the granting of such continuance [will] outweigh the best interests of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7)(A), and the parties request an order to that end.  The parties agree that pursuant to 18 U.S.C. § 3161, the time from September 16, 2022, to the date set by this Court, shall be excluded in computing the date for speedy trial in this case.

By the filing of this motion, undersigned counsel represents that the United States and counsel for Defendants agree with this Motion and the relief requested.

Respectfully submitted this 15th day of September, 2022.

/s/ Marc Eisenstein
Marc Eisenstein  (DC Bar No. 1007208)
Coburn & Greenbaum, PLLC
1710 Rhode Island Avenue, N.W.
Second Floor
Washington, DC 20036
Phone: (202) 643-9472
Fax: (866) 561-9712

marc@coburngreenbaum.com
*Counsel to Defendant Gregory Purdy*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 15, 2022 a copy of the foregoing was filed with the Clerk of the Court and served on all counsel of record via ECF.

/s/
Marc Eisenstein