**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 1:22-cr-19-RCL-1** |
| **GREGORY RICHARD PURDY,** | |
| *Defendant.* | |

### ORDER

In consideration of the two most recent Pretrial Compliance Reports, ECF Nos. 50, 58, and defendant Gregory Richard Purdy's response to the Pretrial Service Agency's request therein, ECF No. 54, it is hereby **ORDERED** that the following condition be added to defendant Gregory Richard Purdy's conditions of pretrial release:

> You must report as soon as possible, to the Pretrial Services or supervising officer, every contact with persons whom you know or reasonably should know to be law enforcement personnel, including arrests, questioning, or traffic stops.

**IT IS SO ORDERED.**

Date: March *10*, 2023

Royce C. Lamberth
United States District Judge

1