[1]UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL NO. 22-19 (R.C.L.) |
| | : | |
| GREGORY RICHARD PURDY, JR., | : | |
| MATTHEW PURDY, and | : | |
| ROBERT TURNER, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is now assigned to Assistant United States Lynnett Wagner, telephone number 402-661-3700 and/or email address lynnett.m.wagner@usdoj.gov.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/Lynnett M. Wagner*
Lynnett M. Wagner
Nebraska Bar No. 21606
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street NW
Washington, DC 20530
(Tel) 402-661-3700
(Fax) 402-661-3081
Email: lynnett.m.wagner@usdoj.gov