



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida )

County of Leon )

In Re: 0054668
Melissa L Isaak
Isaak Law Firm PO Box 4894
Montgomery, AL 36103-4894

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **August 14, 2008**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 15th day of **August, 2023**.

*Cynthia B. Jackson*

**Cynthia B. Jackson, CFO**
**Administration Division**
**The Florida Bar**

PG:R10
CTM-242195

