**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 1:22-cr-19-001;002;003 |
| v. | |
| MATTHEW PURDY Et Al | |
| *Defendants.* | |

**ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

The Court has reviewed Defendants' Motion for Admission of Attorney Melissa Isaak, Esq. *pro hac vice*. Upon consideration of that motion, the Court grants Melissa Isaak, Esq. *pro hac vice* admission to this Court.

SO ORDERED.

Dated: August 18, 2023

Royce Lamberth, Judge
United States District Court
for the District of Columbia