IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 22-CR-19 (FP) |
| v. | : | |
| **GREGORY PURDY, ET. AL.,** | : | |
| **Defendants.** | : | |

## MOTION TO WITHDRAW AS COUNSEL

Barry Coburn and Marc Eisenstein, counsel for Defendant Gregory Purdy, hereby move to withdraw as counsel for Mr. Purdy in this matter. Mr. Purdy has stated that he would like to be represented by Melissa Isaak rather than his current counsel. Melissa Isaak, who has been granted *pro hac vice* admission, will continue as counsel for Mr. Purdy in this matter.

Dated: October 6, 2023        Respectfully submitted,

 */s/ Barry Coburn*
Barry Coburn, DC Bar No. 358020
Marc Eisenstein, DC Bar No. 1007208
Coburn & Greenbaum PLLC
1710 Rhode Island Avenue, N.W.
Second Floor
Washington, DC  20036
Tel:  202-643-9472
Fax:  1-866-561-9712
barry@coburngreenbaum.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 6th day of October, 2023, I caused the foregoing to be filed with the Court's electronic filing system (CM/ECF), which will serve copies upon all counsel of record.

                                                             */s/ Barry Coburn*
                                                             Barry Coburn