UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 1:22-CR-19-RCL |
| v. : | |
| GREGORY RICHARD PURDY. *et al.,* : | |
| : | |
| **Defendant.** | |

NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Kyle M. McWaters, who may be contacted by telephone at (202) 252-6983 or e-mail at Kyle.McWaters@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

Sincerely,

*/s/ Kyle M. McWaters*
Kyle M. McWaters
Assistant United States Attorney
DC Bar No. 241625
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20579
Phone: (202) 252-6983

**CERTIFICATE OF SERVICE**

On this 12th day of March 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Kyle M. McWaters*
Kyle M. McWaters
Assistant United States Attorney