**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** : | : | |
| v. | : | Case No. 1:22-CR-19-RCL-001 |
| | : | |
| **GREGORY RICHARD PURDY,** *et al* | : | |
| | : | |
| **Defendants.** | : | |

**DEFENDANTS GREGORY RICHARD PURDY AND ROBERT TURNER'S RESPONSE TO GOVERNMENTS MOTION IN LIMINE, DOCKET NUMBER 103**

**COMES NOW**, the Defendants GREGORY RICHARD PURDY and ROBERT TURNER, by and through their respective counsels, and file this Response to Docket Number 103, "UNITED STATES' MOTION IN LIMINE REGARDING AUTHENTICATION OF VIDEO AND SOCIAL MEDIA EVIDENCE" in which the government asks that this Honorable Court "rule in *limine* that the government's evidence, including the USCP video, MPD body-worn camera video, and the self-authenticated evidence contained in Defendants' Instagram accounts, meet the authenticity requirements of Rule 901 and 902 of the Federal Rules of Evidence." – the Defendants would state in response:

1. It is the position of the Defendants that this Motion in Limine is PREMATURE.
2. The Rules provide for explicit prerequisites for establishing the foundation and predicate for the admissibility of videos and other documentary evidence.
3. If the Government can fulfill the requirement of establishing the appropriate foundation and predicate for the videos and other documentary evidence, then the material may be accepted into evidence.

**WHEREFORE**, the Defendants GREGORY RICHARD PURDY and ROBERT TURNER pray this Honorable Court DENIES the Governments Motion in Limine, Docket Number 103.

Respectfully Submitted,

| /s/Dylan G. Barket, Esq. | /s/ George T. Pallas |
|---|---|
| Florida Bar Number: 1026381 | *GEORGE T. PALLAS, ESQ.* |
| DC DISTRICT ID: FL00128 | Bar No: FL0108 |
| | |
| **BARKET LAWYERS** | **GEORGE T. PALLAS, P.A** |
| *Counsel for Gregory Richard Purdy* | *Counsel for Robert Turner* |
| CONCORDE BUILDING - 7TH FLOOR | 2420 SW 22nd Street |
| 66 W. FLAGLER STREET | Miami, FL 33145 |
| MIAMI, FL, 33130 | 305-856-8580 |
| TELE: (305) 373-6711 | 305-860-4828 FAX |
| DYLAN@BARKETLAWYERS.COM | george@pallaslaw.com |
| PLEADINGS@BARKETLAWYERS.COM | |