UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No.:  1:22-CR-19-RCL-001 |
| GREGORY RICHARD PURDY, et. al., | : | |
| | : | |
| Defendants. | : | |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned attorney, Melissa L. Isaak, files this Motion to Withdraw as counsel for Defendants Gregory Purdy and Robert Turner and states as follows:

1. The undersigned is currently counsel of record for three Defendants, Gregory Purdy, Matthew Purdy and Robert Turner.

2. That after the status hearing on February 29, 2024 and the Court's demeanor and statements, the Defendants felt that they needed independent counsel and since that time, have retained such.

3. At this time, all Defendants are represented by their individual counsel and undersigned counsel would like to make the record clear.  Attorney George Pallas represents Robert Turner, Attorney Dylan Barket represents Gregory Purdy and the undersigned represents Matthew Purdy.

4. Counsel seeks to withdraw as counsel for Defendants Gregory Purdy and Robert Turner.

    WHEREFORE, premises considered, Counsel requests that the Court enter an order authorizing Counsel to withdraw as to Gregory Purdy and Robert Turner and for such further relief as the Court deems appropriate.

    Respectfully submitted on this the 28th of March, 2024.

/s/Melissa L. Isaak, Esq._____
Melissa L. Isaak (ISA 007)
The Isaak Law Firm
Alabama Bar Number: 4872-A59I
Florida Bar Number: 54668
Admitted pro hac vice
2815 Zelda Road, Suite B
Montgomery, AL 36106

334-262-8200
Melissa@ProtectingMen.com