# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:22-CR-19-RCL-001 |
| | : | |
| **GREGORY RICHARD PURDY,** *et al* | : | |
| | : | |
| **Defendants.** | : | |

## EMERGENCY MOTION FOR CONTINUANCE AND STATUS CONFERENCE

**COMES NOW**, Gregory Purdy, by and through his undersigned counsel, Dylan G. Barket, and would state unto this Honorable Court the following:

1. Counsel filed this Notice of Appearance on March 20, 2024, at 3:30 PM after being formally retained by Defendant Greggory Purdy.

2. Counsel has had eight (8) days to attempt to get up to speed, review all the governments filings, discovery, file responses to motions, and provide the government with a witness and exhibit list in accordance with this Honorable Court's scheduling order.

3. Despite diligent effort, Counsel has been physically unable to sort through the massive amount of footage, photos, data, documents, and general discovery provided by the Government in this case.

4. This request is not done for undue burden or delay, but simply to be able to provide adequate representation to defendant Gregory Robert Purdy.

**WHEREFORE** based upon the foregoing prays this Honorable Court will grant defendants emergency motion for continuance and hold a status conference to discuss this matter and a subsequent scheduling order.

Respectfully submitted,

/s/Dylan G. Barket, Esq.
Florida Bar Number: 1026381
DC DISTRICT ID: FL00128

**BARKET LAWYERS**

66. W. FLAGLER STREET
7TH FLOOR – CONCORDE BUILDING
MIAMI, FLORIDA, 33130
DYLAN@BARKETLAWYERS.COM
PLEADINGS@BARKETLAWYERS.COM
TELE: (305) 373-6711
FAX: (305) 373-4770
