# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 1:22-cr-19 (RCL) |
| : | |
| GREGORY RICHARD PURDY, JR., : | |
| MATTHEW PURDY, and : | |
| ROBERT TURNER, : | |
| : | |
| Defendants. : | |

## UNOPPOSED MOTION FOR STATUS CONFERENCE
## AND MOTION TO APPEAR IN PERSON OR OVER ZOOM

The United States of America, by and through its attorneys, the United States Attorney for the District of Columbia and Assistant U.S. Attorneys Lynnett M. Wagner and Kyle M. McWaters, requests that the Court schedule a status conference next week to discuss defendants' motions to continue the jury trial.

The government requests a status conference with the Court to address the defendants' motions to continue the jury trial. On February 29, 2024, the Court scheduled the jury trial to commence on April 22, 2024. ECF 98. Defendants have filed motions to continue the case. ECF 99, 108, 115. The government is opposed to defendants' motions to continue the case. ECF 117.

The government requests a status conference with the Court, next week, to address the defendants' motions to continue the trial. The undersigned counsel for the government has discussed this request for a status conference, and the defendants agree to a request for a status conference. In addition, Mr. Barket, one of Defendant Gregory Purdy's counsel, has also requested a status conference. ECF 115. Counsel for the government and the

defendants are available next week during the time period of 12:00 (noon) through 1:30 p.m. on either Tuesday, April 2, or Wednesday, April 3, 2024.

The parties would further request that the Court permit counsel to appear at the status conference either in person or over a zoom conference.

WHEREFORE, the United States of America respectfully requests that this Court grant this motion and order the parties to appear for a status conference next week. The United States further requests that the Court allow the parties to participate in the status conference either in person or over zoom.

Respectfully Submitted,

UNITED STATES OF AMERICA,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY D.C.
D.C. Bar No. 481052

BY:   */s/ Lynnett M. Wagner*
      Lynnett M. Wagner
      Assistant United States Attorney
      Nebraska Bar No. 21606
      Kyle M. McWaters
      D.C. Bar No. 481052
      United States Attorney's Office
      District of Columbia
      601 D Street, N.W.
      Washington, DC 20530
      Phone: (402) 661-3700
      Lynnett.M.Wagner@usdoj.gov
      Kyle.mcwaters@usdoj.gov