**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA :**

|  |  |  |
|---|---|---|
| | **:** | |
| **v.** | **:** | **Case No. 1:22-CR-19-RCL-001** |
| | **:** | |
| | **:** | |
| **GREGORY RICHARD PURDY,** *et al* | **:** | |
| | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

**MOTION TO ADOPT**

The Defendant, **GREGORY RICHARD PURDY JR**, through undersigned counsel, and moves to adopt the following Motions filed by Codefendant Robert Turner, as if filed by himself;

1. Count 1 – Defendant Turner's Motion to Dismiss Count 1, ECF #129.

2. Counts 4, 5, and 6 – Defendant Turner's Motion to Dismiss Counts 4, 5, and 6, ECF #131.

3. Count 3 – Defendant Turner's Motion to Dismiss Count 3, ECF #128.

**CERTIFICATE OF SERVICE**

I certify that on this 22nd day of April 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing.

Respectfully Submitted,

**BARKET LAWYERS**
CONCORDE BUILDING - 7TH FLOOR
66 W. FLAGLER STREET
MIAMI, FL, 33130
TELE: (305) 373-6711
DYLAN@BARKETLAWYERS.COM
PLEADINGS@BARKETLAWYERS.COM

/s/Dylan G. Barket, Esq.
Florida Bar Number: 1026381
DC DISTRICT ID: FL00128