## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

                      :

v.                    :         **Case No. 1:22-CR-19-RCL-001**

                      :

                      :

**GREGORY RICHARD PURDY,** *et al*  :

                      :

                      :

**Defendants.**              :

## REPLY TO THE GOVERNMENT'S RESPONSE TO THE DEFENDANT'S

## MOTION TO DISMISS

The Governments response to Purdy's Motion to Dismiss relies on two main theories, (1) that Purdy was not arrested just "momentarily detained", and (2) that even if he was arrested, it was not in connection with Federal Charges. Both of these arguments lack merit and therefore must fail.

### I. GREGORY PURDY WAS ARRESTED ON JANUARY 06

*"It doesn't help anyone in your situation whenever you don't give your name, I don't I don't know, you already got placed under arresting. There's no unarresting you. There's no unarresting you. You already did a search incident to arrest you of your bag to make sure there were no weapons in it. You already did it in your pockets. There's no unarresting you. There's none of that."*[1] [2] - Officer Markell Jones to

---

[1] *See* BWC of Officer Markell Jones, Produced by Government on 03.29.2024, Timestamp 33:40

[2] *See also* 16:18 – Officer Markell Jones conducting search incident to arrest.

Greg Purdy

"*Hey, Sarge, how are we handling getting him out of here?  You're under arrest champ. You're under arrest. Crossing police line and APO. Okay. Sit tight. He needs to get taken to Capital police, wherever they are.*"[3] – Officer Markell Jones to Greg Purdy.

*"Hey Sarge, do you know where this prisoner is going to?"*[4] (Re: Greg Purdy) -Officer Markell Jones

"*Hey, this is Officer Walsh. Can you put me in? Can you put me in contact with the jock, please? I'm out here. I have an arrest. There's a confusion. We have two arrests on the Capitol. They sent us to the Rayburn building, and there's nobody here. And nobody knows what to do with them. We don't want it. It's. I'm with sod, and NCID is here. We're holding the line. They breached the line, got locked up. They somebody saying it's on Capitol Police and then Capitol. And then someone said, bring them to the Rayburn building.*"[5] – Officer Anthony Walsh Re: Purdy and another individual.

*"Hey, this is Walsh over at the Capitol building. We have two arrests. We were directed to come to the Rayburn Building. I'm trying to find out if there's clarity. The arrest happened on Capitol grounds is Capitol Police processing this or is MPD doing lock ups?"*[6]

*"The Party told you to reject the evidence of your eyes and ears. It was their final, most essential command.*" ― George Orwell, 1984.

This Honorable Courts Speedy Trial plan states exactly when an arrest is deemed to have occurred. See this Honorable Court's Speedy Trial Plan Subsection 4(c) which states in part: "If a person has not been arrested or served with a summons on a federal charge, an arrest on a federal charge will be deemed

_____

[3] *Id* at 10:27
[4] *Id* at 11:48
[5] *See* 612 – BWC of Anthony Walsh, Produced by Government on 03.29.2024, Timestamp 14:32.
[6] *Id* at 15:36

to have been made at such time as the person (i) is held in custody solely for the purpose of responding to a federal charge; (ii) is delivered to the custody of a federal official in connection with a federal charge; or (iii) appears before a judicial officer in response to a federal charge."

> "*Hey, Sarge, how are we handling getting him out of here?  You're under arrest champ. You're under arrest. Crossing police line and APO. Okay. Sit tight. He needs to get taken to Capital police, wherever they are.*"[7] – Officer Markell Jones to Greg Purdy.

In an interview with Officer Jones conducted on 03/27/2024, Officer Jones stated "that Capitol Police had jurisdiction and declined to process." Another Officer present during the arrests, Officer Akhtar, stated in an interview with the government on 03/25/2024, "Capitol Police made the decision not to process the arrests. Akhtar did not tell the individuals they would or would not be charged, only that they were not being processed. . . .Akhtar is unaware of a reason as to why Capitol Police would process the individuals."[8]

Following his arrest Mr. Purdy was subsequently handcuffed, transported to the Rayburn Building, and delivered into the Custody of the US Capitol Police, who decided not to process the arrest. As seen in Officer Walsh's BWC, here is US Capitol Police Sargent "Dittori" (spelling unknown) discussing whether or not they would be transporting and processing the arrest of Mr. Purdy.

---

[7] *Id* at 10:27
[8] *See* Interview_of_Police_Officer_Owais_AKHTAR.pdf – Conducted on 12:30pm on 3/25/2024, Date of Entry 03/27/2024.



## II. THE ARRESTS WERE IN CONNECTION WITH FEDERAL CHARGES

The Speedy Trial Act defines "offense" as "any Federal criminal offense". 18 U.S.C. § 3172. Thus, the trigger mechanism is the arrest or service of summons "in connection with such charges" which refers to the "offense" charged in the indictment, which must be a federal offense. The "offense" charged in the indictment are the exact offenses that Gregory Purdy was arrested for on January 06, Assault on a Police Officer (111(a) and "Crossing the Police Line)

Thus, the arrest, for purposes of the Speedy Trial Act, "starts the clock only if it is 'in connection with' federal charges." *United States v. Mills*, 964 F.2d 1186, 1189 (D.C. Cir. 1992) (en banc), *cert. denied*, 506 U.S. 977 (1992) (holding an earlier arrest on violations of the D.C. Code was not an arrest "in connection with" federal charges that would trigger the 30-day requirement); *see also United States v. Seals*, 130 F.3d 451, 454 (1997) (involvement of federal law enforcement in

defendant's arrest, where the arrest was for D.C. Code violations, did not trigger the Speedy Trial Act clock).

The very nature of the charges against Mr. Purdy are federal in nature. MPD has no jurisdiction at the U.S. Capitol. The U.S. Capitol is under the sole and exclusive jurisdiction of the United States Capitol Police. MPD was called to the US Capitol to assist US Capitol Police in securing and clearing the area.

In an interview with Officer Jones conducted on 03/27/2024, Officer Jones stated "that Capitol Police had jurisdiction and declined to process." Another Officer present during the arrests, Officer Akhtar, stated in an interview with the government on 03/25/2024, "Capitol Police made the decision not to process the arrests. Akhtar did not tell the individuals they would or would not be charged, only that they were not being processed. . . .Akhtar is unaware of a reason as to why Capitol Police would process the individuals."[9]

> "Officer M. Jones: *Go through the process, man. I can tell you for your charge, you're probably going to be out tonight, if not earliest tomorrow.*"
>
> Purdy: *What's the **CHARGE**?*

---

[9] *See* Interview_of_Police_Officer_Owais_AKHTAR.pdf – Conducted on 12:30pm on 3/25/2024, Date of Entry 03/27/2024.

> Office M. Jones: *Assaulting a police officer. Rushing through the officer.*"[10] (Emphasis Added)

The indictment states that Gregory Purdy "did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, A.S. and C.K., officers with the Metropolitan Police Department, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony in violation of Title 18, United States Code, Sections 111(a)(1) and 2"

The indictment further admits that Gregory Purdy "committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer, that is, A.S. and C.K., officers with the Metropolitan Police Department, lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function in violation of Title 18, United States Code, Section 231(a)(3), and (2)."

---

[10] BWC of Markell Jones at 15:30

For the foregoing reasons, this Honorable Court should dismiss the indictment for violation of the Speedy Trial Act.

## **CERTIFICATE OF SERVICE**

I certify that on this 26th day of April 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing.

Respectfully Submitted,

**BARKET LAWYERS**
CONCORDE BUILDING - 7TH FLOOR
66 W. FLAGLER STREET
MIAMI, FL, 33130
TELE: (305) 373-6711
DYLAN@BARKETLAWYERS.COM
PLEADINGS@BARKETLAWYERS.COM

/s/Dylan G. Barket, Esq.
Florida Bar Number: 1026381
DC DISTRICT ID: FL00128