UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:22-CR-19-RCL |
| | : | |
| | : | |
| GREGORY RICHARD PURDY, | : | |
| ROBERT TURNER, *et al* | : | |
| | : | |
| | : | |
| Defendants. | : | |

# DEFENDANTS' GREGORY PURDY AND ROBERT TURNER'S MOTION TO DISMISS COUNTS FOUR AND SIX AND/OR FOR MISTRIAL

GREGORY PURDY and ROBERT TURNER, the defendants, through undersigned counsel, respectfully move this Honorable Court to dismiss counts four and six of the instant indictment and/or for mistrial pursuant to U.S. Const. amend. XIV; Fed. R. Crim. P. 33.1 The defendants request an evidentiary hearing on this motion.

The Brady violation arises from an investigation by the Metropolitan Police Department's ("MPD") Internal Affairs Division ("IAD") that has discovered that members of the 7th District Crime Suppression Team ("CST"), have a long history of serious misconduct and crimes.

Specifically, the investigation has disclosed that when a gun is found, the officers have a history of taking the weapon, releasing the possessor although the full scope of the serious misconduct and crimes remains unknown, these were not isolated incidents, nor limited to a confined period of time, or one specific case. Rather, it was routine, systemic and repetitive misconduct that occurred and as a result of this evidence, dozens of cases have been dismissed.

Defendants GREGORY PURDY and ROBERT TURNER are charged in Count Four with Civil Disorder, to wit, obstructing and/or impeding and/or interfering with officers from the metropolitan police department. ROBERT

TURNER is charged in count six with assaulting, resisting, opposing, and/or interfering with an officer from the Metropolitan Police Department. In both counts, a named officer from the 7th District is under investigation, for suspected criminal activity.

Evidence bearing on a key police officer's credibility is evidence that is favorable to the defendant, so-called *Brady* evidence, and the *Brady* rule encompasses impeachment evidence as well as exculpatory evidence. *Bagley*, 473 U.S. at 676. The rule also "encompasses evidence known only to police investigators and not to the prosecutor," *Strickler*, 527 U.S. at 280-81, and makes no distinction between good or bad faith. Id. at 280. *Kyles*, 514 U.S. at 433-43; *Brady*, 373 U.S. at 87.

A trial is unfair and the verdict not worthy of confidence if the undisclosed exculpatory or impeaching evidence is material, i.e., if there is "a reasonable probability that exclusion of the evidence allowed for the imposition of an unfair decision." *Kyles*, 514 U.S. at 434; *Bagley*, 473 U.S. at 676.

The failure to provide Brady evidence that the government was and continues to be aware of has denied the defendants right to due process and a fair trial. The defendants consequently, move for dismissal of the named counts, that is counts where the alleged victims may have engaged in criminal activity, and/or for a mistrial due to the inability of the defense to properly present this brady evidence.

Along with the filing of this motion, GREGORY PURDY and ROBERT TURNER have filed a motion to compel the government to disclose evidence pursuant to *Brady v. Maryland*, 373 U.S. 83, 87 (1963), *Lewis v. United States*, 408 A.2d 803 (D.C. 1979), and *Giglio v. United States*, 405 U.S. 150, 154 (1972).

WHEREFORE, based upon the foregoing, the defendants respectfully request Dismiss Count's Four and Six of the Superseding indictment and/or grant a mistrial, and any other relief this Honorable Court finds necessary and just.

| **BARKET LAWYERS** | **GEORGE T. PALLAS, P.A** |
|---|---|
| CONCORDE BUILDING - 7TH FLOOR | Counsel for Robert Turner. |
| 66 W. FLAGLER STREET | Bar No.: FL0108 |
| MIAMI, FL, 33130 | 2420 SW 22nd Street |
| TELE: (305) 373-6711 | Miami, FL 33145 |

| | |
|---|---|
| DYLAN@BARKETLAWYERS.COM | 305-856-8580 |
| PLEADINGS@BARKETLAWYERS.COM | 305-860-4828 FAX |
| | george@pallaslaw.com |

<u>/s/Dylan G. Barket, Esq.</u>
Florida Bar Number: 1026381
DC DISTRICT ID: FL00128

By:/s/___<u>*George T. Pallas*</u>_____
GEORGE T. PALLAS, ESQ.