| | | |
|---|---|---|
| Government | ✗ | |
| Plaintiff | | |
| Defendant | | |
| Joint | | |
| Court | | |

**UNITED STATES OF AMERICA**

**VS.**

**GREGORY PURDY, ET AL**

Criminal No. 2 2 - c r - 1 9 ( R C L )

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESS |
|---|---|---|---|---|---|
| Series: 100 | **Physical Evidence** | | | | |
| 101 | Greg Purdy coat | 6·7·24 | √ | | M. JENG |
| 102 | Backpack | 1 | √ | | 1 |
| 103 | Matthew Purdy coat | 1 | √ | | 1 |
| Series: 200 | **Capitol Maps and Photos** | | | | |
| 201 | Restricted Perimeter Map | 6·5·24 | √ | | C. MENDOZA |
| 202 | U.S. Capitol – First Floor Map | 1 | √ | | 1 |
| 203 | Color Map, Capitol Grounds | | | | |
| 204 | Color Map, Ground Floor | | | | |
| 205 | Bird's Eye Photo, Capitol Complex | 6·5·24 | √ | | C. MENDOZA |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESS |
|---|---|---|---|---|---|
| 206 | Stock Photo, West Front | 6·5·24 | ✓ | | C. MENDOZA |
| 207 | Stock Photo, West Front with Inaugural Stage | 工 | ✓ | | 工 |
| 208 | Capitol Model – Top Down | | | | |
| 209 | Capitol Model – Three-Quarter View | 6·5·24 | ✓ | | C. MENDOZA |
| 210 | Capitol Model – NW Terrace 1 | | | | |
| 211 | Capitol Model – NW Terrace 2 | | | | |
| 212 | Capitol Model – NW Terrace 3 | | | | |
| 213 | Capitol Model - Overhead Angle | | | | |
| 214 | Snow Fencing Photo | 6·5·24 | ✓ | | C. MENDOZA |
| 215 | Peace Circle Barricade Photo | | | | |
| 216 | Peace Circle Closed Sign Photo | | | | |
| 217 | Area Closed Sign on Snow Fencing | 6·5·24 | ✓ | | C. MENDOZA |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESS |
|---|---|---|---|---|---|
| 218 | Area Closed Bike Racks, South Side | | | | |
| 219 | Area Closed Sign on Bike Rack, Peace Circle | 6·5·24 | ✓ | | C. MENDOZA |
| 220 | Official Map of Capitol Grounds | 1 | ✓ | | 1 |
| 221 | U.S. Capitol – Second Floor Map | | | | |
| 222 | CURRENTLY UNASSIGNED | | | | |
| Series 300 | U.S. Capitol CCTV Footage | | | | |
| 301 | CCTV West Terrace Steps | | | | |
| 301.1 | Clip of CCTV West Terrace Steps, officers | | | | |
| 301.2 | Clip of CCTV West Terrace Steps, defendants | 6·5·24 | ✓ | | C. MENDOZA |
| 301.3 | Screenshot of CCTV West Terrace Steps | | | | |
| 301.4 | Synched CCTV West Terrace Steps & 506 | 6·6·24 | ✓ | | B. TUTTLE |
| 302 | CCTV Upper West Terrace | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESS |
|---|---|---|---|---|---|
| 302.1 | Clip of CCTV Upper West Terrace, all defendants | | | | |
| 302.2 | Clip of CCTV Upper West Terrace, all defendants, with tracking | 6·5·24 | ✓ | | C. MENDOZA |
| 302.3 | Screenshot of CCTV Upper West Terrace | | | | |
| 302.4 | Screenshot of CCTV Upper West Terrace | | | | |
| 303 | CCTV Senate Wing Door | | | | |
| 303.1 | Clip of CCTV Senate Wing Door, all defendants | | | | |
| 303.2 | Clip of CCTV Senate Wing Door, all defendants, tracking | 6·7·24 | | | M. GAZELLE |
| 303.3 | Clip of CCTV Senate Wing Door, Turner | | | | |
| 303.4 | Clip of CCTV Senate Wing Door, Turner, tracking | | | | |
| 303.5 | Clip of CCTV Senate Wing Door, all defendants, after door breach | | | | |
| 303.6 | Screenshot of CCTV Senate Wing Door | | | | |
| 303.7 | Screenshot of CCTV Senate Wing Door | | | | |
| 303.8 | Clip of CCTV Senate Wing Door, all defendants | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESS |
|---|---|---|---|---|---|
| 303.9 | Clip of CCTV Senate Wing Door, all defendants, with tracking | 6·5·24 | ✓ | | C. MENDOZA |
| 303.10 | Synced clips of CCTV West Terrace Steps & clips of 514 | 6·7·24 | ✓ | | M. JENG |
| 304 | CCTV North Door Appointment Desk | | | | |
| 304.1 | Clip of CCTV North Door Appointment Desk | | | | |
| 304.2 | Screenshot of CCTV North Door Appointment Desk | | | | |
| 305 | CCTV Senate Carriage Door, interior | | | | |
| 305.1 | Clip of CCTV Senate Carriage Door, interior, Greg Purdy | 6·5·24 | ✓ | | C. MENDOZA |
| 305.2 | Screenshot, CCTV Senate Carriage Door, interior, Greg Purdy | | | | |
| 305.3 | Clip of CCTV Carriage Door, interior, all defendants | 6·5·24 | ✓ | | C. MENDOZA |
| 305.4 | Screenshot, CCTV Carriage Door, interior, all defendants | | | | |
| 306 | CCTV Senate Carriage Door | | | | |
| 306.1 | Clip of CCTV Senate Carriage Door, Greg Purdy | 6·5·24 | ✓ | | C. MENDOZA |
| 306.2 | Screenshot of CCTV Senate Carriage Door, Greg Purdy | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESS |
|---|---|---|---|---|---|
| 306.3 | Clip of CCTV Senate Carriage Door, all defendants | | | | |
| 306.4 | Screenshot of CCTV Senate Carriage Door, all defendants | | | | |
| 307 | CCTV Senate Carriage Door, exterior | | | | |
| 307.1 | Clip of CCTV Senate Carriage Door, exterior, Greg Purdy | | | | |
| 307.2 | Clip of CCTV Senate Carriage Door, exterior, all defendants | | | | |
| 307.3 | Screenshot of CCTV Senate Carriage Door, exterior, Greg Purdy | | | | |
| 307.4 | Screenshot of CCTV Senate Carriage Door, exterior, all defendants | | | | |
| 308 | CURRENTLY UNASSIGNED | | | | |
| Series 400: | Materials from Defendants' Instagram Accounts | | | | |
| 401 | Post, Benjamin Franklin, Greg Purdy archived_stories_18132192466157780.jpg | | | | |
| 402 | Post, Save America March, Greg Purdy archived_stories_17894439667819420.jpg | | | | |
| 403 | Post, Peaceful Pushes, Greg Purdy archived_stories_17842712429513470.jpg | | | | |
| 404 | Post, Stop the Steal, Greg Purdy archived_stories_18087060772234576.jpg | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESS |
|---|---|---|---|---|---|
| 405 | Post, Country in Trouble, Greg Purdy archived_stories_17980864060335278.jpg | | | | |
| 406 | Post, Inside the Capitol, Greg Purdy archived_stories_18083277631246432.jpg | | | | |
| 407 | Video, I'm protecting you, Greg Purdy archived_stories_17910178873603429.mp4 | | | | |
| 408 | Video, We come in peace, Greg Purdy archived_stories_17890370515886442.mp4 | 6.7.24 | ✓ | | M. JENG |
| 409 | Video, Fight for Trump, Greg Purdy archived_stories_17887401307905419.mp4 | ⊥ | ✓ | | ⊥ |
| 410 | Video, Mall, Greg Purdy archived_stories_17924631202477022.mp4 | 6.7.24 | ✓ | | M. JENG |
| 411 | Video, We're not letting this steal happen, Greg Purdy archived_stories_17938976266442200.mp4 | | | | |
| 411.1 | Copy of Video Exhibit 411, with transcript added | 6.7.24 | ✓ | | M. JENG |
| 412 | Video, Calling out the Vice President, Greg Purdy archived_stories_17884300741981995.mp4 | | | | |
| 412.1 | Copy of Video Exhibit 412, with transcript added | 6.7.24 | ✓ | | M. JENG |
| 413 | Video, It's a Party for America, Greg Purdy archived_stories_17880375086002995.mp4 | 6.7.24 | ✓ | | M. JENG |
| 414 | Video, West side of Capitol, Greg Purdy unified_message_774156386779197.mp4 | 6.6.24 | ✓ | | A. GBATU |
| 415 | Video, West side of Capitol, Greg Purdy archived_stories_17873054048110781.mp4 | 6.6.24 | ✓ | | A. GBATU |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESS |
|---|---|---|---|---|---|
| 416 | Video, West side of Capitol, Greg Purdy archived_stories_18135599137147849.mp4 | 6·7·24 | √ | | M. JeNG |
| 417 | Video, North Stairs, Greg Purdy unified_message_876052533168781.mp4 | | | | |
| 417.1 | Copy of Video Exhibit 417, with transcript added | 6·7·24 | √ | | M. JeNG |
| 418 | Video, North Stairs, Greg Purdy archived_stories_17915931049553833.mp4 | | | | |
| 419 | Video, North Stairs, Greg Purdy archived_stories_17881974829975835.mp4 | | | | |
| 420 | Video, North Stairs, Robert Turner unified_message_2086240798177755.mp4 | | | | |
| 420.1 | Copy of Video Exhibit 420, with transcript added | 6·7·24 | √ | | M. JeNG |
| 421 | Video, Upper West Terrace, Greg Purdy unified_message_3947112738640242.mp4 | 6·6·24 | √ | | B. TUTTLe |
| 422 | Video, Upper West Terrace, Greg Purdy archived_stories_17902657882679936.mp4 | 6·7·24 | √ | | M. JeNG |
| 423 | Video, Capitol Building, Greg Purdy unified_message_144691507299489.mp4 | | | | |
| 424 | Video, Capitol Building, Greg Purdy archived_stories_17892329059807909.mp4 | 6·7·24 | √ | | M. JeNG |
| 425 | Video, Upper West Terrace, Robert Turner unified_message_733777554242417.mp4 | 6·7·24 | √ | | S. MOTT |
| 426 | Video, in car, Greg Purdy archived_stories_17853387587449657.mp4 | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESS |
|---|---|---|---|---|---|
| 426.1 | Copy of Video Exhibit 426, with transcript added | 6.7.24 | √ | | M. JeNG |
| 427 | Video, in car, Greg Purdy archived_stories_17919409384501497.mp4 | | | | |
| 427.1 | Copy of Video Exhibit 427, with transcript added | 6.7.24 | √ | | M. JeNG |
| 428 | Video, in car, Greg Purdy archived_stories_17926908838489446.mp4 | | | | |
| 428.1 | Copy of Video Exhibit 428, with transcript added | 6.7.24 | √ | | M. JeNG |
| 429 | Video, in car, Greg Purdy archived_stories_17939147329441288.mp4 | | | | |
| 429.1 | Copy of Video Exhibit 429, with transcript added | 6.7.24 | √ | | M. JeNG |
| 430 | Video, in car, Greg Purdy archived_stories_18101739970200110.mp4 | | | | |
| 430.1 | Copy of Video Exhibit 430, with transcript added | 6.7.24 | √ | | M. JeNG |
| 431 | Video, in car, Greg Purdy unified_message_1346643302365790.mp4 | | | | |
| 431.1 | Copy of Video Exhibit 431, with transcript added | 6.7.24 | √ | | M. JeNG |
| 432 | Video, in car, Greg Purdy archived_stories_17865472949257193.mp4 | | | | |
| 432.1 | Copy of Video Exhibit 432, with transcript added | 6.7.24 | √ | | M. JeNG |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESS |
|---|---|---|---|---|---|
| 433 | Video, in car, Greg Purdy archived_stories_17885923459949016.mp4 | | | | |
| 433.1 | Copy of Video Exhibit 433, with transcript added | | | | |
| 434 | Video, in car, Greg Purdy archived_stories_17962051405373676.mp4 | | | | |
| 434.1 | Copy of Video Exhibit 434, with transcript added | | | | |
| 435 | Video, in car, Greg Purdy archived_stories_17916943378537817.mp4 | | | | |
| 435.1 | Copy of Video Exhibit 435, with transcript added | | | | |
| 436 | Video, in car, Greg Purdy archived_stories_18115905532170465.mp4 | | | | |
| 436.1 | Copy of Video Exhibit 436, with transcript added | | | | |
| 437 | Video, in car, Greg Purdy archived_stories_17973021463352440.mp4 | | | | |
| 438 | Direct Message, Robert Turner Thread 413370796762902.pdf | | | | |
| 438.1 | Presentation exhibit, 438 | 6.7.24 | √ | | M. JENG |
| 439 | Direct Message, Robert Turner Thread 494430545287567.pdf | | | | |
| 439.1 | Presentation exhibit, 439 | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESS |
|---|---|---|---|---|---|
| 440 | Direct Message, Greg Purdy Thread 473410194058609.pdf | | | | |
| 440.1 | Presentation exhibit, 440 | 6·7·24 | ✓ | | M. JeNG |
| 441 | Direct Message, Greg Purdy Thread 473791764017996.pdf | | | | |
| 441.1 | Presentation exhibit, 441 | | | | |
| 442 | Direct Message, Greg Purdy Thread 474143540649485.pdf | | | | |
| 442.1 | Presentation exhibit, 442 | 6·7·24 | ✓ | | M. JeNG |
| 443 | Direct Message, Greg Purdy Thread 474339697296536.pdf | | | | |
| 443.1 | Presentation exhibit, 443 | | | | |
| 444 | Direct Message, Robert Turner 470155177714324.pdf | | | | |
| 444.1 | Presentation exhibit, 444 | | | | |
| 445 | Facebook Certificate of Business Records, GREGG54321 | 6·7·24 | ✓ | | M. JeNG |
| 446 | Facebook Certificate of Business Records, BOBTHEPLUMBR1982 | ⊥ | ✓ | | ⊥ |
| 447 | Facebook Certificate of Business Records, MATTCPURDY | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESS |
|---|---|---|---|---|---|
| 448 | CURRENTLY UNASSIGNED | | | | |
| 449 | CURRENTLY UNASSIGNED | | | | |
| Series 500: | **Third Party Videos** | | | | |
| 501 | NY Times – 1-6 Capitolv2 | | | | |
| 501.1 | Clip of NY Times – 1-6 Capitolv2 | | | | |
| 501.2 | Clip of NY Times – 1-6 Capitolv2 | | | | |
| 502 | Insurgence USA httpsarchive.orgdetailsCcWoDMZenyzdxzy5p.mp4 | | | | |
| 502.1 | Clip of Insurgence USA | | | | |
| 503 | Nigrotime 2021 Video 3.mp4 (front lawn, bannister) | | | | |
| 503.1 | Clip of Nigrotime 2021 | 6·6·24 | √ | | A. GBATU |
| 504 | West front of Capitol EMOLLI_MVI_2382-003.mp4 | | | | |
| 504.1 | Clip of West front of Capitol | | | | |
| 504.2 | Screenshot of West front of Capitol | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESS |
|---|---|---|---|---|---|
| 504.3 | Clip of West front of Capitol | | | | |
| 504.4 | Screenshot of West front of Capitol | | | | |
| 505 | North Stairs httpsweb.archive.orgwebsubmiturl=httpsvideo.parler.comZjhgZjhgZ73go6US.mp4 | | | | |
| 505.1 | Clip of North Stairs | | | | |
| 505.2 | Screenshot of North Stairs | | | | |
| 506 | North Stairs, Upper West Terrace 701-20210106_135850 - 50 minute version | | | | |
| 506.1 | Clip of North Stairs, Upper West Terrace | | | | |
| 506.2 | Clip of North Stairs, Upper West Terrace, with defendants, tracking | 6·6·24 | √ | | B. TUTTLE |
| 506.3 | Screenshot North Stairs, Upper West Terrace (Greg Purdy) | | | | |
| 506.4 | Screenshot North Stairs, Upper West Terrace (all defendants) | | | | |
| 506.5 | Synced clips of Exhibit 506 and CCV from Upper West Terrace Exhibit 302 | 6·5·24 | | | C. MENDOZA |
| 507 | Upper West Terrace httpsweb.archive.orgweb20210110174722https video.parler.comStkJStkJb205ViGR.mp4 | | | | |
| 507.1 | Screenshot of Upper West Terrace | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESS |
|---|---|---|---|---|---|
| 508 | Senate Wing Door – uirfdmQz0pcF_cvt.mp4 | | | | |
| 508.1 | Clip of Senate Wing Door | | | | |
| 509 | Senate Wing Door, windows | | | | |
| 510 | Senate Wing Door, Exhibit 3.MOV | | | | |
| 510.1 | Clip of Senate Wing Door | | | | |
| 511 | Upper West Terrace goodlionfilms_trim_FC1A0E | | | | |
| 511.1 | Clip of Upper West Terrace, 511 | | | | |
| 511.2 | Clip of Upper West Terrace, 511 with tracking | 6·6·24 | √ | | ₿C. KURLAND |
| 511.3 | Synced video of Upper West Terrace, 511 clip and BWC | | | | |
| 511.4 | Synced video of Upper West Terrace, 511 clip and BWC | | | | |
| 511.5 | Screenshot of Upper West Terrace, 511 | | | | |
| 512 | Upper West Terrace line of officers y2mate.is - DC January 6th-rGjz4SJ1Pwl-720p-1692805106 | | | | |
| 512.1 | Screenshot of Upper West Terrace line of officers | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESS |
|---|---|---|---|---|---|
| 513 | Anthony Puma Exhibit 5 | | | | |
| 513.1 | Clip of Anthony Puma Exhibit 5 | | | | |
| 514 | Upper West Terrace, Senate Wing Doors Photographer, Brendan Gutenschwager, shares video of siege on the US Capitol.mp4 | | | | |
| 514.1 | Clip of 514, Upper West Terrace, Senate Wing Doors | | | | |
| 514.2 | Clip of 514, Upper West Terrace, Senate Wing Doors, all defendants | | | | |
| 514.3 | Clip of 514, Upper West Terrace, Senate Wing Doors, all defendants with tracking | | | | |
| 514.4 | Clip of 514, Upper West Terrace, Senate Wing Doors, Turner | | | | |
| 514.5 | Clip of 514, Upper West Terrace, Senate Wing Doors, Turner with tracking | | | | |
| 514.6 | Clip of 514, Upper West Terrace, north staircase | | | | |
| 514.7 | Additional Clip of 514, Senate Wing Doors, with defendants tracking | | | | |
| 515 | On West Bannister httpsarchive.orgdetailsuJTDmLdxjfWRxay2s.mp4 | | | | |
| 515.1 | Clip of 515, On West Bannister | | | | |
| 516 | West Side of Capitol httpsweb.archive.orgwebsubmiturl=httpsvideo. | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESS |
|---|---|---|---|---|---|
| | parler.comzT8jzT8j36zQNFGb.mp4 | | | | |
| 517 | X6039BD0P httpsarchive.orgdetailsWoLDnQNyd8pbTCiwo.mp4 | | | | |
| 517.1 | Clip of X6039BD0P | | | | |
| 518 | Video on East Side of Capitol REEL_ The Capitol Siege - January 6th - RAW FOOTAGE.mp4 | | | | |
| 518.1 | Clip of Video on East Side of Capitol | | | | |
| 519 | Video named "Trump Supporters Storm Capitol Building during January 6 Insurrection - 4K Footage" | | | | |
| 519.1 | Clip of Trump Supporters Storm Capitol Building during January 6 Insurrection-4K Footage | | | | |
| 519.2 | Clip of Trump Supporters Storm Capitol Building during January 6 Insurrection-4K Footage | | | | |
| 519.3 | Clip of Trump Supporters Storm Capitol Building during January 6 Insurrection-4K Footage | | | | |
| 520 | Photograph, Greg Purdy, Matthew Purdy httpswww.shutterstock.comeditorialimage-editorialprotrump-supporters-breach-the-uscapitol-.PNG | | | | |
| 521 | CURRENTLY UNASSIGNED | | | | |
| Series 600: | Body Worn Camera (BWC) Footage | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESS |
|---|---|---|---|---|---|
| 601 | Gbatu, BWC X6039BB1A | | | | |
| 601.1 | Clip of Gbatu BWC | | | | |
| 601.2 | Clip of Gbatu BWC | | | | |
| 601.3 | Clip of Gbatu BWC, copy of Exhibit 601.1 with transcript added | 6·6·24 | ✓ | | A. GBATU |
| 602 | Bryan, BWC X6039BJHR | | | | |
| 602.1 | Clip of Bryan BWC | | | | |
| 602.2 | Clip of Bryan BWC | 6·6·24 | ✓ | | A. GBATU |
| 603 | Kurland, BWC X6039ABBW | | | | |
| 603.1 | Screenshot, Kurland BWC | | | | |
| 603.2 | Screenshot, Kurland BWC | | | | |
| 603.3 | Clip of Kurland BWC | | | | |
| 603.4 | Clip of Kurland BWC | | | | |
| 603.5 | Clip of Kurland BWC | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESS |
|---|---|---|---|---|---|
| 603.6 | Clip of Kurland BWC | | | | |
| 603.7 | Clip of Kurland BWC | | | | |
| 603.8 | Clip of Kurland BWC, copy of Ex. 603.4 with transcript added | 6·6·24 | √ | | C. KURLAND |
| 603.9 | Clip of Kurland BWC, copy of Ex. 603.5 with transcript added | ⊥ | √ | | ⊥ |
| 604 | Mott, BWC X6039BK4N | 6·7·24 | √ | | S. MOTT |
| 604.1 | Screenshot, Mott BWC | | | | |
| 604.2 | Screenshot, Mott BWC | | | | |
| 604.3 | Screenshot, Mott BWC | | | | |
| 604.4 | Screenshot, Mott BWC | | | | |
| 604.5 | Clip of Mott BWC | | | | |
| 604.6 | Clip of Mott BWC | 6·7·24 | √ | | S. MOTT |
| 604.7 | Clip of Mott BWC | | | | |
| 604.8 | Screenshot, Mott BWC | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESS |
|---|---|---|---|---|---|
| 604.9 | Clip of Mott BWC, copy of Ex. 604.6 with transcript added | | | | |
| 604.10 | Clip of Mott BWC, copy of Ex. 604.7 with transcript added | | | | |
| 605 | Love, BWC X6039BCS3 | | | | |
| 605.1 | Clip of Love BWC | | | | |
| 605.2 | Clip of Love BWC | | | | |
| 606 | Smith, BWC X6039BF5X | 6·7·24 | √ | | S. MOTT |
| 606.1 | Screenshot, Smith BWC | | | | |
| 606.2 | Screenshot, Smith BWC | | | | |
| 606.3 | Screenshot, Smith BWC | | | | |
| 606.4 | Screenshot, Smith BWC | | | | |
| 606.5 | Screenshot, Smith BWC | | | | |
| 606.6 | Clip of Smith BWC | | | | |
| 606.7 | Clip of Smith BWC | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESS |
|---|---|---|---|---|---|
| 606.8 | Clip of Smith BWC | | | | |
| 606.9 | Clip of Smith BWC | | | | |
| 606.10 | Clip of Smith BWC | | | | |
| 606.11 | Clip of Smith BWC | | | | |
| 606.12 | Clip of Smith BWC | 6.7.24 | √ | | S. MOTT |
| 606.13 | Clip of Smith BWC | | | | |
| 606.14 | Clip of Smith BWC | | | | |
| 606.15 | Clip of Smith BWC, copy of Ex. 606.8 with transcript added | | | | |
| 606.16 | Clip of Smith BWC, copy of Ex. 606.10 with transcript added | | | | |
| 606.17 | Clip of Smith BWC, copy of Ex. 606.12 with transcript added | | | | |
| 607 | Gaglione, BWC X6039BDBV | | | | |
| 607.1 | Clip of Gaglione BWC | | | | |
| 607.2 | Clip of Gaglione BWC | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESS |
|---|---|---|---|---|---|
| 608 | Dean, BWC X6039AH44 | | | | |
| 608.1 | Clip of Dean BWC | | | | |
| 608.2 | Clip of Dean BWC | | | | |
| 608.3 | Clip of Dean BWC | | | | |
| 608.4 | Clip of Dean BWC | | | | |
| 609 | Gao, BWC X6039B9L8 | | | | |
| 609.1 | Clip of Gao BWC | | | | |
| 610 | Wilson, BWC X6039BJ07 | | | | |
| 610.1 | Clip of Wilson BWC | | | | |
| 610.2 | Screenshot of Wilson BWC | | | | |
| 610.3 | Screenshot of Wilson BWC | | | | |
| 610.4 | Screenshot of Wilson BWC | | | | |
| 610.5 | Clip of Wilson BWC | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESS |
|---|---|---|---|---|---|
| 611 | Garcia-Burgess, BWC X6039BA0P | | | | |
| 611.1 | Clip of Garcia-Burgess BWC | | | | |
| 612 | Leasure, BWC X6039BEGV | | | | |
| 612.1 | Clip of Leasure BWC | | | | |
| 612.2 | Clip of Leasure BWC | | | | |
| 613 | Wilhoit, BWC X6039BEWQ | | | | |
| 613.1 | Clip of Wilhoit BWC | | | | |
| 613.2 | Clip of Wilhoit BWC | | | | |
| 614 | CURRENTLY UNASSIGNED | | | | |
| **Series 700:** | **Legal/Congressional Records & USSS Communications** | | | | |
| 701 | 3 U.S. Code § 15 | 6.7.24 | √ | | M. GAZELLE |
| 702 | 3 U.S. Code § 16 | 1 | √ | | |
| 703 | 3 U.S. Code § 17 | 1 | √ | | 1 |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESS |
|---|---|---|---|---|---|
| 704 | 3 U.S. Code § 18 | 6.7.24 | √ | | M. GAZELLE |
| 705 | Congressional Record - Senate | | √ | | |
| 705A | Congressional Record – House | | √ | | |
| 706 | S. Con. Res. 1 | | √ | | |
| 707 | U.S. Const. 12th Amendment | | √ | | |
| 708 | Pence Head of State, Notification Email, redacted | 6.5.24 | √ | | e. GLAVEY |
| 709 | Head of State Worksheet | | √ | | |
| 710 | Certificate of Authenticity, U.S. Senate Recording Studio | 6.7.24 | √ | | M. GAZELLE |
| 711 | Certificate of Authenticity, U.S. House Recording Studio | | √ | | |
| | | | | | |
| Series 800: | Video Montages | | | | |
| 801 | USCP January 6, 2021 Montage | | | | |
| 802 | House and Senate Montage | 6.7.24 | √ | | M. GAZELLE |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESS |
|---|---|---|---|---|---|
| 803 | CCTV – West Front Time Lapse | | | | |
| 804 | Combined West side of Capitol (n/a) | | | | |
| 805 | Combined Upper West Terrace, See Gov Exhibit 511.3 | | | | |
| 806 | Combined Upper West Terrace Stairs, See Gov Exhibit 301.4 | | | | |
| 807 | Combined Capitol Interior, See Gov Exhibit 303.10 | | | | |
| 808 | USCP January 6, 2021 Montage, 6 minutes with Radio Runs | 6·5·24 | √ | | C. MENDOZA |
| 806 | Combined Upper West Terrace, See Gov Exhibit 506.5 | | | | |
| | | | | | |
| Series 900: | Stipulations | | | | |
| 901 | Stipulations (omnibus stipulations provided by United States to Defense on May 2, 2024) | | | | |
| 902 | CURRENTLY UNASSIGNED | | | | |
| 903 | CURRENTLY UNASSIGNED | | | | |
| Series 1000: | Other Exhibits | | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | MARKED FOR ID | RECEIVED IN EVIDENCE | EXHIBITS ENTERED (date & time) | WITNESS |
|---|---|---|---|---|---|
| 1001 | Certificate of Authenticity of Domestic Records Pursuant to FRE 902(11) and 902(13), Safeway records | 6.7.24 | ✓ | | M. JeNG |
| 1002 | Safeway Early Closure Notice for Washington, DC stores 1/6/2021 | | ✓ | | |
| 1003 | Safeway Mid-Atlantic Daily Sales Report for Washington, DC stores (Redacted) 1/5/2021 – 1/7/2021 | | ✓ | | |
| 1004 | Safeway Warehouse Shipments Lancaster, PA to Washington, DC stores 1/3/2021 – 1/9/2021 | WITHDRAWN | | | |
| 1005 | CURRENTLY UNASSIGNED | | | | |
| 1006 | CURRENTLY UNASSIGNED | | | | |