UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GREGORY RICHARD PURDY, *et al.*,<br><br>*Defendants.* | Case No. 1:22-cr-19-RCL |

## NOTE TO JURY

In response to the jury's first note, 18 U.S.C. § 231(a)(3) provides: "Whoever commits or attempts to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce **or** the conduct or performance of any federally protected function . . . ." So, the Court's instructions correctly state the law.

In response to the jury's second note, 18 U.S.C. § 111(a)(2) refers to situations "where such acts involve physical contact with the victim of that assault **or** the intent to commit another felony." So, the instructions correctly state the law: the government is required to prove either physical contact *or* acting with intent to commit another felony. It is not required to prove both.

Date: 6/11/24
10:45 a.m.

Royce C. Lamberth
United States District Judge

1