UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

GREGORY RICHARD PURDY, *et al.*,

Defendants.

Case No. 1:22-cr-19-RCL

# VERDICT FORM

We, the jury in the above-titled case, find the defendants:

**Count One:** Obstructing Officers During Civil Disorder, in violation of 18 U.S.C. § 231(a)(3)

Verdict as to Gregory Richard Purdy, Jr.:

__X__ Guilty       ____ Not Guilty

**Count Two:** Assaulting, Resisting, or Impeding Certain Officers, in violation of 18 U.S.C. § 111(a)(1)

Verdict as to Gregory Richard Purdy, Jr.:

__X__ Guilty       ____ Not Guilty

If you unanimously find Defendant Gregory Richard Purdy, Jr. guilty of the above crime, have your foreperson check the blank space above "guilty." Do not consider the lesser-included offense of simple assault.

If you unanimously find the Defendant Gregory Richard Purdy, Jr. not guilty of the above charge, have your foreperson check the blank space above "not guilty." You then must consider whether the defendant is guilty of the lesser-included offense of simple assault.

If you are unable to reach a unanimous decision on the above charge, leave the space blank and decide whether the defendant is guilty of the lesser-included offense of simple assault.

**Lesser-Included Offense**: Simple Assault, in violation of 18 U.S.C. § 111(a)(1)

Verdict as to Gregory Richard Purdy, Jr.:

_____          _____
Guilty                                      Not Guilty

**Count Three**: Obstructing Officers During Civil Disorder, in violation of 18 U.S.C. § 231(a)(3)

Verdict as to Gregory Richard Purdy, Jr.:

___X_____          _____
Guilty                                Not Guilty

**Count Four**: Obstructing Officers During Civil Disorder and Aiding and Abetting, in violation of 18 U.S.C. §§ 231(a)(3) and 2

Verdict as to each defendants:

1. Gregory Richard Purdy, Jr.:

   ___X_____          _____
   Guilty                                Not Guilty

2. Robert Turner:

   ___X_____          _____
   Guilty                                Not Guilty

**Count Five:** Assaulting, Resisting, or Impeding Certain Officers, in violation of 18 U.S.C. § 111(a)(1)

Verdict as to Gregory Richard Purdy, Jr.:

__X_____          _____
Guilty                 Not Guilty

If you unanimously find Defendant Gregory Richard Purdy, Jr. guilty of the above crime, have your foreperson check the blank space above "guilty." Do not consider the lesser-included offense of simple assault.

If you unanimously find the Defendant Gregory Richard Purdy, Jr. not guilty of the above charge, have your foreperson check the blank space above "not guilty." You then must consider whether the defendant is guilty of the lesser-included offense of simple assault.

If you are unable to reach a unanimous decision on the above charge, leave the space blank and decide whether the defendant is guilty of the lesser-included offense of simple assault.

**Lesser-Included Offense:** Simple Assault, in violation of 18 U.S.C. § 111(a)(1)

Verdict as to Gregory Richard Purdy, Jr.:

_____          _____
Guilty                 Not Guilty

**Count Six:** Assaulting, Resisting, or Impeding Certain Officers, in violation of 18 U.S.C. § 111(a)(1)

Verdict as to Robert Turner:

__X_____                                  _____
Guilty                                                                    Not Guilty

If you unanimously find Defendant Robert Turner guilty of the above crime, have your foreperson check the blank space above "guilty." Do not consider the lesser-included offense of simple assault.

If you unanimously find the Defendant Robert Turner not guilty of the above charge, have your foreperson check the blank space above "not guilty." You then must consider whether the defendant is guilty of the lesser-included offense of simple assault.

If you are unable to reach a unanimous decision on the above charge, leave the space blank and decide whether the defendant is guilty of the lesser-included offense of simple assault.

**Lesser-Included Offense**: Simple Assault, in violation of 18 U.S.C. § 111(a)(1)

Verdict as to Robert Turner:

_____                                   _____
Guilty                                                                    Not Guilty

**Count Seven:** Obstruction of an Official Proceeding and Aiding and Abetting, in violation of 18 U.S.C. §§ 1512(c)(2) and 2

    Verdict as to each defendants:

1. Gregory Richard Purdy, Jr.:

    __X__ Guilty                 _____ Not Guilty

2. Robert Turner:

    __X__ Guilty                 _____ Not Guilty

**Count Eight:** Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1)

    Verdict as to each defendants:

1. Gregory Richard Purdy, Jr.:

    __X__ Guilty                 _____ Not Guilty

2. Matthew Purdy:

    _____ Guilty                 __X__ Not Guilty

3. Robert Turner:

    __X__ Guilty                 _____ Not Guilty

**Count Nine:** Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2)

Verdict as to each defendants:

1. Gregory Richard Purdy, Jr.:

   __X__  
   Guilty

   _____  
   Not Guilty

2. Matthew Purdy:

   _____  
   Guilty

   __X__  
   Not Guilty

3. Robert Turner:

   __X__  
   Guilty

   _____  
   Not Guilty

**Count Ten:** Engaging in Physical Violence in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(4)

Verdict as to each defendants:

1. Gregory Richard Purdy, Jr.:

   __X__  
   Guilty

   _____  
   Not Guilty

2. Robert Turner:

   __X__  
   Guilty

   _____  
   Not Guilty

6

**Count Eleven:** Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D)

Verdict as to each defendants:

1. Gregory Richard Purdy, Jr.:

    __X__  
    Guilty                                        Not Guilty

2. Matthew Purdy:

    __X__  
    Guilty                                        Not Guilty

3. Robert Turner:

    __X__  
    Guilty                                        Not Guilty

**Count Twelve:** Act of Physical Violence in the Capitol Grounds or Buildings, in violation of 40 U.S.C. § 5104(e)(2)(F)

Verdict as to each defendants:

1. Gregory Richard Purdy, Jr.:

    __X__  
    Guilty                                        Not Guilty

2. Robert Turner:

    __X__  
    Guilty                                        Not Guilty

**Count Thirteen:** Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G)

Verdict as to each defendants:

1. Gregory Richard Purdy, Jr.:

   __✗__             _____
   Guilty            Not Guilty

2. Matthew Purdy:

   __✗__             _____
   Guilty            Not Guilty

3. Robert Turner:

   __✗__             _____
   Guilty            Not Guilty

Date: __6-11-24__