UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:22-CR-19-RCL-001 |
| : | |
| : | |
| **GREGORY RICHARD PURDY,** : | |
| *et al* : | |
| : | |
| : | |
| **Defendants.** : | |

# EMERGENCY MOTION TO COMPEL GREGORY PURDY'S PSR INTERVIEW

**COMES NOW**, Gregory Purdy, through his undersigned counsel, and files this Emergency Motion to Compel Bureau of Prisons to Produce Gregory Purdy for his PSR interview and would state in support:

Mr. Gregory Purdy's PSR interview has been scheduled twice: first on July 8, 2024, and again on July 29, 2024. The jail where Mr. Purdy is being held received weeks' notice for both interviews. Both Counsel and Ms. Hana Field (PSR Officer) were present for both interviews. However, the jail failed to produce Mr. Purdy on both occasions. On July 29, 2024, despite confirmation from the jail with Ms. Field that Mr. Purdy would attend, the jail again failed to produce him. These absences have wasted resources for the PSR officer, Ms. Field, and Counsel. On both

occasions, Ms. Field and Counsel waited approximately 45 minutes before the jail either canceled or did not produce Mr. Purdy.

Counsel for Mr. Purdy seeks an Order Compelling the Bureau of Prisons to Produce Mr. Purdy for his newly scheduled PSR Interview on July 31, 2024, at 10:00 AM Eastern Standard Time. This interview can be conducted via telephone or Microsoft Teams, Ms. Field is okay with either manner. It is currently set via Teams.

I emailed Counsel for the USA and received an out of office email from Ms. Wagner. Due to the emergency and time sensitive nature of this Motion, I have filed it with the Court before receiving a response from the Government. However, no prejudice will befall the government should this Motion be granted. Mr. Purdy requests this Honorable Court enter an order Compelling the BOP to produce Mr. Purdy for his July 31, 2024, at 10:00 AM PSR Interview.

## CERTIFICATE OF SERVICE

I certify that on this 29th day of July 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing.

Respectfully Submitted,

**BARKET LAWYERS**
CONCORDE BUILDING - 7TH FLOOR

66 W. FLAGLER STREET
MIAMI, FL, 33130
TELE: (305) 373-6711
DYLAN@BARKETLAWYERS.COM
PLEADINGS@BARKETLAWYERS.COM

<u>/s/Dylan G. Barket, Esq.</u>
Florida Bar Number: 1026381
DC DISTRICT ID: FL00128
