## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:22-CR-19-RCL-001 |
| | : | |
| | : | |
| **GREGORY RICHARD PURDY,** *et al* | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF COMPLIANCE

**COMES NOW**, Gregory Richard Purdy Jr., and files this Notice of Compliance, to notify the Court that the D.C. Department of Corrections complied with this Honorable Court's Order, ECF 223, and produced Mr. Gregory Richard Purdy Jr., for his PSR Interview that took place on July 31, 2024, at 10:00 AM via Microsoft Teams.

## CERTIFICATE OF SERVICE

I certify that on this 31st day of July 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing.

Respectfully Submitted,

**BARKET LAWYERS**
CONCORDE BUILDING - 7TH FLOOR
66 W. FLAGLER STREET

MIAMI, FL, 33130
TELE: (305) 373-6711
DYLAN@BARKETLAWYERS.COM
PLEADINGS@BARKETLAWYERS.COM

<u>/s/Dylan G. Barket, Esq.</u>
Florida Bar Number: 1026381
DC DISTRICT ID: FL00128