UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **GREGORY RICHARD PURDY**, *et al.*, <br><br> *Defendants.* | Case No. 1:22-cr-19-RCL |

# MOTION TO WITHDRAW AS COUNSEL

**COMES NOW**, Dylan G. Barket as counsel for Defendant Gregory Richard Purdy, and files this Motion to Withdraw as Counsel, and would state the following in support:

1. On September 26, 2024, Counsel received notice from Defendant Gregory Richard Purdy that he wished to discontinue his representation, discharge counsel, and proceed *pro se* with standby counsel.

2. This Motion will not cause undue delay, nor does it prejudice any party.

3. Counsel has sent an email to the Government requesting its position – however, the government has opposed Defendant Turners Motion, and counsel believes they will oppose Defendant Gregory Purdy's Motion as well.

# CERTIFICATE OF SERVICE

I certify that on this 26th day of September 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing.

Respectfully Submitted,

**BARKET LAWYERS**
CONCORDE BUILDING - 7TH FLOOR
66 W. FLAGLER STREET
MIAMI, FL, 33130
TELE: (305) 373-6711
DYLAN@BARKETLAWYERS.COM
PLEADINGS@BARKETLAWYERS.COM

/s/Dylan G. Barket, Esq.
Florida Bar Number: 1026381
DC DISTRICT ID: FL00128