THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 1:22-cr-00019 |
| ) | |
| GREGORY PURDY ) | |
| ROBERT TURNER, et. al., ) | |
|    Defendant ) | |
| _____/ | |

## DEFENDANTS TURNER AND GREGORY PURDY'S JOINT MOTION TO CONVERT IN-PERSON SENTENCING TO A VIRTUAL STATUS CONFERENCE

The Defendants, **ROBERT TURNER and GREGORY PURDY**, through their respective counsels, hereby jointly move for the entry of an Order converting the sentencing scheduled for October 18, 2024, from an in-person hearing to a virtual ("zoom") hearing. In support of this motion, Robert Turner and Gregory Purdy assert the following:

  1. Sentencing is currently set for October 18, 2024, but both Defendants have expressed their desire to go forward *pro se* with stand-by counsel. Both defendants wish to terminate their current attorneys and have requested that they move to withdraw, which they have.

  2. In response, the government, while opposing a continuance, recognize that "further inquiry by the Court is needed," and that "further development of the record is required."

3. A virtual status conference is requested for the express purpose of determining these issues and making such further inquiry as the government suggests.

4. Sentencing of the defendants cannot possibly go forward as scheduled in that neither attorney has been able to review the PSR with their counsel.  Converting the October 18th sentencing hearing to a virtual ("zoom") conference will conserve valuable resources including attorney travel time to the Court from Miami, FL, for what is expected to be a short status conference.

5. The government is not prejudiced at all from the continuance of the sentencing date.  On the contrary, both defendants are in custody because of the government's request at the conclusion of the trial.

WHEREFORE, for the foregoing reasons, and such other reasons which may appear just and proper, the Defendants ROBERT TURNER and GREGORY PURDY respectfully request the entry of an order converting the in-person sentencing scheduled for October 18, 2024, to a virtual ("zoom") status conference.

Respectfully submitted,

GEORGE T. PALLAS, P.A
Counsel for Robert Turner
Bar No:  FL0108
2420 SW 22nd Street
Miami, FL 33145
305-856-8580
305-860-4828 FAX
george@pallaslaw.com
By:/s/ *George T. Pallas*
GEORGE T. PALLAS, ESQ.

       BARKET LAWYERS
       Counsel for Gregory Purdy
       Bar No.: FL00128
       66 W. Flagler Street
       Miami, FL 33130
       305-373-6711
       dylan@barketlawyers.com
       By:/s/*Dylan G. Barket*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing.

       By:/s/ *George T. Pallas*_____
       GEORGE T. PALLAS, ESQ

       By:/s/*Dylan G. Barket*
       DYLAN G. BARKET, ESQ