IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GREGORY RICHARD PURDY, JR.,<br>MATTHEW PURDY, and<br>ROBERT TURNER,<br><br>Defendants. | CASE NO. 22-cr-19 (RCL) |

**UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANTS GREGORY PURDY'S AND ROBERT TURNER'S JOINT MOTION TO CONVERT IN-PERSON SENTENCING TO A VIRTUAL STATUS CONFERENCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this response in opposition to the Joint Motion by Defendants Gregory Purdy ("Purdy") and Robert Turner to Convert In-Person Sentencing to a Virtual Status Conference". ECF No. 246.

**ARGUMENT**

Defendants Turner and Purdy ask the Court to convert the in-person Sentencing Hearing, now set for October 18, 2024, to a virtual Status Conference. The Government opposes the Defendants' motion and asks the Court to deny defendants' motion to convert the sentencing hearing next Friday to a status conference.

Defendants seek to convert the sentencing hearing to a status conference for the purpose of having the Court conduct a further inquiry on defendants' motions to withdraw. ECF No. 246, p. 1. Turner and Purdy have moved to have their current counsel withdraw from representation and to proceed *pro se* with standby counsel. ECF Nos. 232, 235. The United States is opposed to defendants' motions to withdraw, based on the current record, and the United States has

respectfully requested this Court conduct an inquiry of defendants pursuant to *Faretta v. California*, 422 U.S. 816, 95 S. Ct. 2525 (1975).  ECF No. 245, pp. 2-6.  However, the United States does not propose that the Court's inquiry should delay sentencing in this case.  The Court can conduct its inquiry of defendants on their motions to withdraw at the beginning of the hearing on October 18, and then proceed directly to sentencing.  If defendants want to proceed *pro se*, and the Court is satisfied with the record made by defendants, the defendants can proceed *pro se* with the sentencing hearing on Friday with their current counsel as standby counsel.  Defendants have not shown a reason that the parties could not proceed directly to sentencing after the Court's inquiry.

Defendants allege that the sentencing "cannot possibly go forward as scheduled in that neither attorney has been able to review the PSR with their counsel".  ECF No. 246, p. 2.  However, the draft presentence investigation reports were provided to counsel for Purdy on September 11, 2024, and to counsel for Turner on September 13, 2024.  ECF Nos. 226, 231.  Counsel for Turner and Gregory Purdy have already provided the Probation Office with specific objections/corrections/additions to their respective draft presentence investigation reports.  The Probation Office has incorporated the defendants' objections and responded to each objection in the final presentence investigation reports, which reports have been filed with the Court.  ECF Nos. 247, 252.  In their current motions, the defendants have not identified any additional objections or additions to the presentence investigation reports. For these reasons, the sentencing hearing should go forward as scheduled.  The defendants have had the opportunity to provide comments, and have actually provided specific objections, to the presentence investigation reports.  Defendants should not ask the Court to have their defense counsel withdraw and proceed *pro se*,

2

while at the same time, have defense counsel represent the defendants by filing objections to the presentence investigation reports.

Turner and Purdy contend that the government would not suffer prejudice if the sentencing were continued. ECF No. 246, p. 2. Defendants made the same argument in their previous motions to continue or vacate the sentencing date. ECF Nos. 233, 236. Contrary to defendants' argument, there would be prejudice associated with continuing the sentencing hearings for Turner and Purdy. As the United States noted in its response to the defendants' motions to continue, ECF No. 245, the United States and the public have an interest to a speedy adjudication of criminal cases. ECF No. 245, pp. 7-8. The indictment in this case was filed in case was filed in January 2022, approximately thirty-three months ago. The jury returned a verdict on June 11, 2024, approximately four months ago. There is an interest by the government – and the public – to avoid further delay in sentencing. Also, the Court should not continue the sentencing hearing for Turner and Purdy, while proceeding with the sentencing hearing for the third co-defendant, Matthew Purdy, because such additional hearing would incur additional time and costs for the government and the Court.

Finally, defendants request a virtual status conference, rather than in person hearing, for the Court to make its inquiry of defendants. ECF No. 246, p. 2. The United States does not agree to a virtual hearing. If the hearing is held in person, then the Court could proceed with sentencing directly after its inquiry of defendants, at the same hearing.

The Government is prepared to go forward with the sentencing on Friday, as scheduled. Counsel for the Government has arranged to travel from out-of-state to Washington, D.C. for the sentencing.

**CONCLUSION**

For the reasons set forth above, the United States respectfully requests this Court deny Gregory Purdy's and Robert Turner's Joint Motion to Convert In-Person Sentencing to a Virtual Status Conference. ECF No. 246.

                    MATTHEW M. GRAVES
                    United States Attorney
                    D.C. Bar No. 481052

By:    */s/ Lynnett M. Wagner*
        LYNNETT M. WAGNER
        Nebraska Bar No. 21606
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        Tel: (402) 661-3700
        Email: lynnett.m.wagner@usdoj.gov

        */s/ Kyle M. McWaters*
        KYLE M. MCWATERS
        Assistant United States Attorney
        DC Bar No. 241625
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C.20579
        Phone: (202) 252-6983
        Email: Kyle.McWaters@usdoj.gov