UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

v. : Case No. 1:22-CR-19-RCL-001

GREGORY RICHARD PURDY, et al :

Defendants. :

# MOTION FOR RELEASE PENDING SENTENCING AND/OR NEW TRIAL

**COMES NOW**, Defendant, Gregory Richard Purdy Jr., through counsel, respectfully moves this Court to release him pending sentencing in light of the recent election of President-elect Donald J. Trump, who has publicly stated his intention to grant clemency to participants in the January 6 events. In support of this motion, Defendant states as follows:

President-elect Trump won the 2024 election and has repeatedly promised to review and pardon January 6 participants. He has expressed empathy toward individuals he considers "political prisoners" or "hostages" and highlighted the perceived disparity in prosecutorial treatment of January 6 cases versus other instances of civil unrest.

Gregory Richard Purdy Jr. is a first-time offender with no prior criminal history. He has no known affiliations with political extremist organizations. Although Mr. Purdy was convicted of assaulting a police officer, the evidence regarding this alleged assault is minimal. Officer A.G., one of the officers involved, did not mention any assault in his initial interview conducted in March 2024 - it was only after the government raised the issue that Officer A.G. alleged any form of assault. Furthermore, the primary officer involved, Officer C.K. was unable to specify where any physical contact occurred and stated in his victim impact statement that the incident had no impact on his life.

Mr. Purdy also has a pending Motion for New Trial based on the recent Supreme Court decision overturning the 18 U.S.C. § 1512 charge. The prosecutor's reliance on this charge and the associated, highly prejudicial argument that Mr. Purdy intended to "stop the peaceful transfer of power" significantly influenced the trial's outcome and created extreme undue prejudice.

The Court should release Mr. Purdy pending hearings on his Motion for New Trial and any subsequent new trial, preserving resources, and allowing for executive decisions that may soon affect the status of this case.

**WHEREFORE,** in light of the recent election, the President-elect's commitment to clemency for January 6 participants, the prejudicial impact of the

dismissed 1512 charge, and judicial efficiency, Mr. Purdy respectfully requests that this Court: Release him pending sentencing; or schedule a hearing to assess the appropriateness of Mr. Purdy's release in view of these exceptional circumstances.

Respectfully submitted,

/s/Dylan G. Barket, Esq.
Florida Bar Number: 1026381
DC DISTRICT ID: FL00128

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing.

/s/Dylan G. Barket, Esq.
Florida Bar Number: 1026381
DC DISTRICT ID: FL00128
DYLAN@BARKETLAWYERS.COM
PLEADINGS@BARKETLAWYERS.COM
**BARKET LAWYERS**
66 W. FLAGLER STREET, 7TH FLOOR
MIAMI, FLORIDA, 33130