## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| **v.** | **:** | **CASE NO.  22-CR-0019 (RCL)** |
| | **:** | |
| **GREGORY PURDY** | **:** | |
| **ROBERT TURNER,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF FILING OF DEFENDANT'S PRO SE MOTIONS

Attached hereto are the motions of *pro se* defendant Gregory Purdy. The motions include a Motion for Mistrial, a Motion for Bond, a Motion for Respectful Attire and Eyeglasses, a Motion to Strike for Untimely Filing, and a Motion for Mistrial and to Vacate Verdict and Sentencing Due to Inadequate Counsel. Mr. Turner respectfully requests to join in these motions.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MICHELLE M. PETERSON
Chief Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Shelli_Peterson@fd.org