<u>UNITED STATES DISTRICT COURT</u>

<u>FOR THE DISTRICT OF COLUMBIA</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:22-CR-19-RCL-001 |
| | : | |
| | : | |
| **GREGORY RICHARD PURDY,** | : | |
| *et al* | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

### <u>MOTION FOR RESPECTFUL ATTIRE AND EYEGLASSES</u>

    Your Honor, I kindly and humbly request that I may be able to wear a suit Friday for the court proceedings. I wish to present myself to you and your court as a respectful gentlemen. I understand that this is within your discretion and would just be very appreciative if you granted this request. If you grant it my family can provide the suit at court. Your Honor, I would also like to request if my family can bring my eye glasses or contacts. My eye prescription is -3.00 and i am basically legally blind. The jail has failed to help me get eye glasses since I arrived here back in June. This would be greatly appreciate as well. Thank you Your Honor. Respectfully Submitted Gregory Richard Purdy, Jr.

 

Respectfully submitted,

Gregory Richard Purdy, Jr., Defendant

390028 Correctional Treatment Facility DC CTF

1901 D Street SE (Unit C3B Cell #11)

Washington DC 20003

By:/s/ *Gregory R. Purdy, Jr.*

Gregory Richard Purdy, Jr., Defendant