UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

GREGORY RICHARD PURDY and
ROBERT TURNER,

*Defendants.*

Case No. 1:22-cr-19-1 (RCL)
Case No. 1:22-cr-19-3 (RCL)

## ORDER

The Court has determined that additional briefing on the pending motions for new trial and discovery is not necessary, and has issued four memorandum orders resolving all motions.

Having now addressed all pending post-trial motions, the Court believes that the hearing originally set for Thursday, January 16, 2025 should be postponed. It is hereby

**ORDERED** that the hearing set for Thursday, January 16, 2025 is **VACATED**; it is further

**ORDERED** that any objections to the Presentence Investigation Reports, and any other materials that the defendants want the Court to consider for sentencing, must be submitted by Friday, January 24, 2025; it is further

**ORDERED** that the government's responses to any objections or other materials must be submitted by Tuesday, January 28, 2025; and it is further

**ORDERED** that sentencing for Gregory Purdy (1) and Robert Turner (3) is scheduled for Wednesday, January 29, 2025 at 10:00 am, in-person, in Courtroom 15 before Judge Lamberth.

IT IS SO ORDERED.

Date: 1-14-25

Royce C. Lamberth
United States District Judge

1